DocuSign Envelope ID: 24639605-4DD4-4C15-BB07-D13AD04B46C
Case 2:21-cv-12121-SDW-CLW Document 5   Filed 06/16/21   Page 1 of 1 PageID: 15

20210607161809

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, CIVIL COVER SHEET |
| EFFECTED (1) BY ME: | NICHOLAS CIULLO |
| TITLE: | PROCESS SERVER |

DATE: 6/10/2021 3:52:14 PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TRAVIS, INC.

Place where served:

11 MERRY LANE   EAST HANOVER TWP. NJ 07936

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JOESPHINE FERNANDEZ

Relationship to defendant   **PERSON AUTHORIZED TO ACCEPT SERVICE**

Description of Person Accepting Service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER:

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

## STATEMENT OF SERVER

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature
*NICHOLAS CIULLO*

DATE: 06/11/2021          _____82EAE5615DD9468_____ L.S.

SIGNATURE OF NICHOLAS CIULLO
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | W. DANIEL FEEHAN, ESQ. |
| PLAINTIFF: | TRUSTEES OF THE IBEW LOCAL 351 PENSION FUND, ET AL |
| DEFENDANT: | TRAVIS, INC. |
| VENUE: | DISTRICT |
| DOCKET: | 2 21 CV 12121 SDW CLW |
| COMMENT: | |